BRETT L. TOLMAN, United States Attorney (#8821)
CARLIE CHRISTENSEN, First Assistant United States Attorney (#0633)
RICHARD D. McKELVIE, Assistant United States Attorney (#2205)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT
2009 JAN 21 A 11: 23
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **S E A L E D** |
| Plaintiff, | : | I N D I C T M E N T |
| vs. | : | VIO. 16 U.S.C. § 470ee, 18 U.S.C. §§ 641, 2 |
| JEANNE H. REDD and JAMES D. REDD, | : | TRAFFICKING IN STOLEN ARTIFACTS, THEFT OF |
| Defendants. | : | GOVERNMENT PROPERTY, AIDING AND ABETTING |
| | : | |

Case: 2:09-cr-00044
Assigned To : Waddoups, Clark
Assign. Date : 1/21/2009
Description: USA v.

The Grand Jury charges:

### COUNT 1

On or about September 19, 2007, in the Central Division of the District of Utah,

JEANNE H. REDD,

defendant herein, did knowingly receive, conceal, or retain property of the United States with a value of more than $1,000, to wit: a ceramic mug and a hafted axe, with the intent to convert it to her own use or gain, knowing it to have been embezzled, stolen, purloined or converted, all in violation of 18 U.S.C. § 641.

## COUNT 2

On or about March 27, 2008, in the Central Division of the District of Utah,

JEANNE H. REDD and JAMES D. REDD,

defendants herein, did knowingly receive, conceal, or retain property of the United States with a value of more than $1,000, to wit: an effigy bird pendant, with the intent to convert it to their own use or gain, knowing it to have been embezzled, stolen, purloined or converted, and did aid and abet therein, all in violation of 18 U.S.C. §§ 641 and 2.

## COUNT 3

On or about March 27, 2008, in the Central Division of the District of Utah,

JEANNE H. REDD,

defendant herein, did wilfully and knowingly sell and offer to sell an archaeological resource, to wit: two stone pendants, which resource was excavated or removed from public lands or Indian lands in violation of Federal law, which resource was valued in excess of $500, all in violation of 16 U.S.C. § 470ee.

## COUNT 4

On or about October 6, 2008, in the Central Division of the District of Utah,

JEANNE H. REDD,

defendant herein, did wilfully and knowingly sell and offer to sell an archaeological resource, to wit: four sandals, which resource was excavated or removed from public lands or Indian lands in violation of Federal law, which resource was valued in excess of $500, and did aid and abet therein, all in violation of 16 U.S.C. § 470ee and 18 U.S.C. §2.

## COUNT 5

On or aboutOctober 6, 2008, in the Central Division of the District of Utah,

JEANNE H. REDD,

defendant herein, did wilfully and knowingly embezzle, steal, purloin and convert to her own use and without authority did sell property of the United States with a value of more than $1,000, to wit: four sandals belonging to the United States Bureau of Land Management, all in violation of 18 U.S.C. § 641.

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

RICHARD D. McKELVIE
Assistant United States Attorney