AO 442

# United States District Court

**DISTRICT OF UTAH CENTRAL DIVISION**

FILED
U.S. DISTRICT COURT
2009 JUN 15 P 4:47
DISTRICT OF UTAH
BY:_____
DEPUTY

UNITED STATES OF AMERICA

V.

**Jeanne H. Redd et al**

**WARRANT FOR ARREST**

SEALED

**CASE NUMBER: 2:09cr00044-001 CW**

ORIGINAL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      **JEANNE H. REDD**
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Trafficking in Stolen Artifacts ; Theft of Government Property ; Aiding and Abetting**

in violation of **16:470ee ; 18:641 ; 18:2** _____ United States Code.

D. Mark Jones
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

By: Ryan Robertson
    Deputy Clerk

Clerk of Court
Title of Issuing Officer

January 21, 2009 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-9-09 | Jamsen Johnson Ranger | [Signature] |
| DATE OF ARREST 6/10/09 | | |