# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

FILED
U.S. DISTRICT COURT

2009 JUN 15 PM 4:41

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

**Jeanne H. Redd**, et al

**WARRANT FOR ARREST**

**SEALED**

**ORIGINAL**

**CASE NUMBER: 2:09cr00044-001 CW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JEANNE H. REDD**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☒ Superseding Indictment  ☐ Information  ☐ Superseding Information
☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition
☐ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Trafficking in Stolen Artifacts; Theft of Government Property; Theft of Tribal Property; Aiding and Abetting; Forfeiture**

in violation of **16 U.S.C. 470ee; 18 U.S.C. 641; 18 U.S.C. 1163; 18 U.S.C. 2** United States Code.

D. Mark Jones
Name of Issuing Officer

[signature]
Signature of Issuing Officer

By: Ruth A. Kawashima
    Deputy Clerk

Clerk of Court
Title of Issuing Officer

May 27, 2009 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                        Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-9-09 | Tamsen Johnson | Ta— [signature] |
| DATE OF ARREST | Ranger | |
| 7/10/09 | | |