AO 442

# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

v.

**Jeanne H. Redd et al**

FILED
U.S. DISTRICT COURT

2009 JUN 15 P 4: 47

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

**SEALED**

**WARRANT FOR ARREST**

CASE NUMBER: 2:09cr00044-002 CW

To: The United States Marshal
and any Authorized United States Officer

ORIGINAL

YOU ARE HEREBY COMMANDED to arrest _____ **JAMES D. REDD**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Theft of Government Property ; Aiding and Abetting**

in violation of **18:641 ; 18:2** _____ United States Code.

D. Mark Jones
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer

January 21, 2009 at Salt Lake City, Utah
Date and Location

By: Ryan Robertson
Deputy Clerk

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/21/09 | D. Moose | D. [signature] |
| DATE OF ARREST | | |
| 6/10/09 | | |