AO 442

# United States District Court

**DISTRICT OF UTAH - CENTRAL DIVISION**

UNITED STATES OF AMERICA
v.
**Jeanne H. Redd**, et al

FILED
U.S. DISTRICT COURT
2009 JUN 15 P 4: 47
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

**WARRANT FOR ARREST**

SEALED

CASE NUMBER: 2:09cr00044-002 CW

☞ ORIGINAL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**JAMES D. REDD**_____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information
☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition
☐ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Theft of Tribal Property; Aiding and Abetting; Forfeiture**

in violation of __18 U.S.C. 1163; 18 U.S.C. 2_____ United States Code.

D. Mark Jones
Name of Issuing Officer

[signature]
Signature of Issuing Officer

By: Ruth A. Kawashima
    Deputy Clerk

Clerk of Court
Title of Issuing Officer

May 27, 2009 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 5/27/09 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/10/09 | D. Mar— | D-Se— |