BRETT L. TOLMAN, United States Attorney (#8821)
CARLIE CHRISTENSEN, Assistant United States Attorney (#0633)
RICHARD D. McKELVIE, Assistant United States Attorney (#2205)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682   Fax: (801) 524-4475

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09 CR 044 CW |
| Plaintiff, | |
| vs. | **ORDER** |
| JEANNE H. REDD, | |
| Defendants. | Hon. Samuel Alba |

This matter came before the Court on Thursday June 10, 2009 for the initial appearance of the defendant, Jeanne H. Redd. After consulting with counsel for the United States and the Federal Public Defender's Office and being fully advised, the Court HEREBY ORDERS as follows:

That counsel for the United States shall provide discovery to defendant no later than June 26, 2009;

That counsel for the United States and counsel for the defendant shall appear for a status hearing on August 18, 2009 at 9:00 a.m.; and

That the period of time from June 10, 2009, the date that defendant made her initial appearance before this Court, until August 18, 2009, the date on which this Court has set the status conference, is excluded for purposes of speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(2). The Court further finds that the ends of justice are served by excluding this period of time from the time within which the trial must commence because the discovery in this case is unusually voluminous and complex due to the number of defendants in this and related proceedings, and it would be unreasonable to expect defendant's counsel to review the discovery and adequately prepare the defense in this case within the time limits established for speedy trial.

DATED this ___ day of June, 2009.

BY THE COURT:

_____
HON. SAMUEL ALBA
United States Magistrate Judge