ROD W. SNOW, (#486)
DIXON AND SNOW, P.C.
Attorney for Defendants
455 Sherman St., Suite 400
Denver, Colorado 80203
Telephone: (303) 394-2200

FILED
U.S. DISTRICT COURT

2009 AUG 31 P 3: 14

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JEANNE H. REDD,<br><br>　　　　　Defendant. | Case No: 2:09 CR 044 CW<br><br>POSITION OF THE DEFENDANT JEANNE REDD WITH RESPECT TO SENTENCING FACTORS<br>U.S.S.G. section 6A1.2, DUCrimR 32-1 |

　　　　The defendant, Jeanne Redd, by and through her her counsel, Rod W. Snow, and pursuant to Rule DUCrimR 32-1(b), Rules of Practice of the United States District Court for the District of Utah, states that after reviewing the Presentence Report prepared by the U. S. Probation Office in connection with the sentencing of the above-named defendant, that the defendant is unaware of any matters disputed between the government and the defendant with respect to such report. The defendant has no objection to the Presentence Report.

　　　　DATED this 28th day of August, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　DIXON AND SNOW, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　/s/Rod W. Snow, #486
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

## CERTIFICATE OF MAILING

I hereby certify that on the 28th day of August, 2009, the foregoing **POSITION OF THE DEFENDANT JEANNE REDD WITH RESPECT TO SENTENCING FACTORS** is being electronically e-filed to the Court, with a copy to:

Brett L. Tolman, United States Attorney (#8821)
Carlie Christensen, Assistant United States Attorney (#0633)
Richard D. McKelvie, Assistant United States Attorney (#2205)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111

/s/ Doris Ann Lobmiller
**DIXON AND SNOW, P.C.**

A printed copy of this document with original signatures is being maintained by the filing party.