```
                                                    FILED
                                              U.S. DISTRICT COURT

                                              2009 DEC 16  P 1:55
          IN THE UNITED STATES DISTRICT COURT
                                              DISTRICT OF UTAH
          DISTRICT OF UTAH, CENTRAL DIVISION
                                              BY:
                                                 DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE: 2:09CR044 CW |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| JEANNE H. REDD | JUDGE: CLARK WADDOUPS |
| Defendant. | |

WHEREAS, on September 4, 2009, this Court entered a Preliminary Order of Forfeiture, ordering the Defendants to forfeit the following assets:

- One Apple Imac Home Computer to include screen and keyboard
- Three Dell Towers
- One Magellan GPS Unit
- 812 Miscellaneous Artifacts[1]

WHEREAS, the United States caused notice of the forfeiture of the Defendants property to appear on the government website www.forfeiture.gov for a period of 30 consecutive days, starting on October 10, 2009 and caused notice of the intent of the United States to dispose of the property in accordance with the law and

---

[1] See Bill of Particulars for complete list of the 812 Miscellaneous Artifacts.

(Redd)                      Page 1 of  3

as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, notice was served upon Jeanne H. Redd; and

WHEREAS, no timely petition has been filed; and

WHEREAS, the Court finds that Defendant(s) had an interest in the property that is subject to forfeiture pursuant to 16 U.S.C. § 470gg(b), 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 1956(c)(7)(D) and 28 U.S.C. § 2461.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

- One Apple Imac Home Computer to include screen and keyboard
- Three Dell Towers
- One Magellan GPS Unit
- 812 Miscellaneous Artifacts

is hereby forfeited to the United States of America pursuant to 16 U.S.C. § 470gg(b), 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 1956(c)(7)(D) and 28 U.S.C. § 2461.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby

condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED; Dated this 16th day of December, 2009.

BY THE COURT:

_____
CLARK WADDOUPS, Judge
United States District Court